UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY S. MOSLEY, | : | Case No. 1:15-cv-208 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Karen L. Litkovitz |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |

**DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 33)**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on September 5, 2017, submitted a Report and Recommendation. (Doc. 33). No objections were filed.

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in its entirety. Accordingly:

1. The Report and Recommendation (Doc. 33) is **ADOPTED**; and

2. Plaintiff's motion for attorney fees (Doc. 31) is **GRANTED; and**

3. The Clerk shall enter judgment for Plaintiff and against Defendant for recovery of $5,018.00 in attorney fees; whereupon this case shall be **CLOSED** in this Court.

**IT IS SO ORDERED.**

Date:   12/15/17                                                            *Timothy S. Black*
                                                                            Timothy S. Black
                                                                            United States District Judge